FILED

10/19/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0209

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0209

_____

CLARKSTON FIRE SERVICE AREA #6,

     Plaintiff and Appellee,

   v.

DAWN DAVIS LEMIEUX, STEVEN LEMIEUX
and TRACY ELLEN SHAW, and MONTANA
COMMUNITIES ASSOCIATION,

     Defendants and Appellants.

_____

O R D E R

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to Dawn Davis Lemieux, to all counsel of record, and to the Honorable Peter B. Ohman, District Judge.

     For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 19 2022